**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DAVID LEE ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:16-cv-10904 |
| | ) | |
| THE NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORPORATION ET AL., | ) ) ) | Hon. Sharon Johnson Coleman |
| | ) | |
| Defendants. | ) | |

**MOVANTS' MOTION FOR LEAVE TO
<u>WITHDRAW  AS COUNSEL FOR PLAINTIFFS</u>**

The law firm of Otubusin & Associates, P.C.. and its attorney hereby move the Court for leave to withdraw as counsel for Plaintiffs in the above-styled matter and to have their names removed from the service list in this matter and be relieved of all further responsibilities to the Plaintiffs in this matter.

Irreconcilable differences have arisen between the Plaintiffs and undersigned counsel necessitating the withdrawal of counsel from this case.

Counsel has good cause to make this motion, and circumstances have arisen that prevent him from continuing to represent the Plaintiffs and that permit him to withdraw in accordance with Rule 1.16 of the Illinois Rule of Professional Conduct.

Counsel was brought in to the case by Jill M. Willis, Esq. as cooperating counsel and Counsel has advised the Plaintiffs through Jill M. Willis, Esq. that he will seek leave to withdraw from this action and they have no objection.

WHEREFORE, for the reasons set forth in this motion, the Movant, Otubusin & Associates, P.C. respectively moves that the Court enter an Order permitting Otubusin &

Associates, P.C. and Paul O. Otubusin to withdraw as attorneys for the Plaintiffs in this cause.

Respectfully submitted,

**OTUBUSIN & ASSOCIATES, P.C.**


By:  /s/   Paul O. Otubusin
      One of Its Attorneys

Paul O. Otubusin, Esq.
ARDC No: 6205261
**OTUBUSIN & ASSOCIATES, P.C.**
77 West Washington Street
Suite 1204
Chicago, Illinois  60602
E-mail: drotubusin@otubusinlaw.com
(312) 251-1480
(312) 251-1481 (Fax)