# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| DAVID LEE, LARRY GEANES, ERIC M. HARLSTON, REGINALD E. HARRIS, MERVIN HOWARD, GWENDOLYN JACKSON, ANDREA LOGAN, CHARLES LONGSTREET, LYNDELL LUSTER, DAVID ROBERTSON, KIMBERLY K. SMITH, <br><br> Plaintiffs, <br><br> v. <br><br> THE NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORPORATION d/b/a METRA, et at., <br><br> Defendants. | No. 16 cv 10904 <br><br> Judge Sharon Johnson Coleman <br><br> Mag. Judge Schenkier |

## PETITION FOR COURT ORDERED ATTORNEY'S FEES AND SANCTIONS

The Defendants Northeast Illinois Regional Commuter Railroad Corporation ("Metra"), JOSEPH M. PEREZ, in his individual capacity as Metra Chief of Police, HAROLD FULLER, in his individual capacity and official capacity as Metra Commander of Police, BRYAN MACK, in his individual capacity and official capacity as Area II Commander, PAUL RIGGIO, in his individual capacity and official capacity as Metra Operations Commander, STEVE ALVARADO, in his individual capacity and official capacity as Metra Police Detective, BRIAN PETERS, in his individual capacity and official capacity as Metra Police Captain, GLENN M. TRECKLER, in his individual capacity and official capacity as Metra Police Lieutenant, CARL ANDERSON, in his individual capacity and official capacity as Deputy Police Chief, and ART OLSEN, in his individual capacity and official capacity as Metra Hearing Officer, by and through their counsel of record, Minya L. Coleman, and pursuant to LR 54.3(d), submit the following petition relating to attorneys' fees:

1) On October 22, 2018 this court granted Defendants' Motion for Attorney Fees and Sanctions under 28 U.S.C. §1927. Dkt. 57.

1

2) On October 24, 2018 Plaintiffs filed their Motion to Stay this court's October 22, 2018 Order granting Defendants Motion for Attorney Fees and Sanctions under § 1927, pending the outcome of Plaintiffs' appeal. Dkt. 62.

3) On October 30, 2018 thise court ruled that Plaintiffs Motion to Stay the October 22, 2018 Order would be taken under advisement. Dkt. 76.

4) On November 7, 2018 the court granted Defendant's Motion for Enlargement of Time to file their affidavit of rate and hours against Plaintiffs' frivolous claims. Dkt. 76. In accordance thereto, Defendants served same upon Plaintiffs' counsels. Dkt. 79-1; Exhibit A – Defendants Affidavit of Rates and Hours.

5) On January 8, 2019, the U.S. Court of Appeals for the 7th Circuit entered an order affirming the District Court's dismissal of Plaintiffs' action with prejudice. *Lee, et al. v. NIRCRC*, et al., 18-1930, Dkt. 36. As such, there is no just cause to further delay the enforcement of this Court's October 22, 2018 Order granting Defendants' Motion for Attorney Fees and Sanctions pursuant to § 1927.

6) As of the day of this filing, Plaintiffs have not presented any comparator rates or opposition to Defendants' Affidavit of Rates and Hours as prescribed in LR 54.3(d)(5)(A-D).

7) Total Fees Claimed by the Moving Party equal **$29,760.40**, as fully itemized in Exhibit A.

WHEREFORE, Defendants request that their Petition for Court Ordered Attorney Fees and Sanctions be granted and for any further relief it deems appropriate.

                                              Respectfully submitted,

                                    By:    */s/ Minya L. Coleman*
                                                  Minya L. Coleman

Minya L. Coleman, Esq.
ARDC #6315270
**Metra Law Department** 15th Floor
547 West Jackson Boulevard
Chicago, Illinois 60661
312.322.7097
mcoleman@metrarr.com