

547 W Jackson Blvd, Chicago, Illinois 60661     (312) 322-8900     TTY#1-312-322-6774

Minya L. Coleman
Attorney
Direct Dial 312-322-7097
Facsimile: 312-322-6698
Email: mcoleman@metrarr.com

November 16, 2018

| Jill M. Willis, Esq. | Paul Otubusin |
| **Law Office of Jill M. Willis** | **Otubusin & Associates, P.C.** |
| 3628 S. King Drive | 77 West Washington St., Ste. 1204 |
| Chicago, Illinois 60653 | Chicago, Illinois 60602 |

**RE:** David Lee, et al v. Metra, et al. 16 C 10904

Dear Counsels,

Pursuant to the Court's October 22, 2018 Order, granting Metra's Motion for Sanctions of reasonable attorneys' fees and costs, below is an itemization of Metra's attorneys' fees incurred relative to the defense of Plaintiffs' frivolous claims of Race Discrimination, Breach of Contract, violations of Illinois Civil Rights Act of 2006, and Plaintiffs' counsels other vexatious conduct. Enclosed please find the respective Affidavits attesting to the reasonableness and accuracy of the fees and billing for the relative legal services between May 1, 2017 through May 28, 2018.

**Defendants' Rule 11 Letter/ Motion to Dismiss/Plaintiffs' Leave to Amend/File TAC**

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| April Walkup (Partner) | 41.9 | $226.00 | $9,469.40 |
| Matthew Kaminski (Associate) | 46.8 | $194.00 | $9,079.20 |
| **SUBTOTAL** | | | **$18,548.60** |

**Plaintiffs' Motion to Reconsider Dismissal of CSAC and Denial of TAC**

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| April Walkup (Partner) | 0 | $226.00 | |
| Matthew Kaminski (Associate) | 6.6 | $194.00 | $1,280.00 |
| **SUBTOTAL** | | | **$1,280.00** |

**Defendants Motion for Sanctions/Attorney's Fees**

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| April Walkup (Partner) | 4.2 | $226.00 | $949.20 |
| Matthew Kaminski (Associate) | 46.3 | $194.00 | $8,982.20 |
| **SUBTOTAL** | | | **$9,931.40** |

| **Attorney** | **Total Hours** | **Total Fees** |
|---|---|---|
| April Walkup (Partner) | 46.1 | $10,418.60 |
| Matthew Kaminski (Associate) | 99.7 | $19,341.80 |
| **GRAND TOTAL** | **145.8** | **$29,760.40** |

Sincerely,

/s/ *Minya L. Coleman*
Minya L. Coleman, Esq.

Exhibit A

**Company Name: Hall Prangle & Schoonveld**
**Address: 200 South Wacker Drive, Suite 3300**
**Telephone: 312-345-9600**
**Tax ID: 04-3674858**
**Billing Date: 6/8/2017**
**Contract number: S61435**

May 2017

FOR: Legal Services rendered from May 1, 2017 through May 31, 2017

| Case/Matter | Claim No. | Invoice No. | Invoice Amount | Case Total to Date |
|---|---|---|---|---|
| E | | | | |
| Nancy Brewster | COI016 | 72301 | Fees: $ 5,427.00<br>Disb: $ 16.90<br>Total: $ 5,443.90 | Fees: $ 30,112.40<br>Disb: $ 523.66<br>TOTAL: $ 30,636.06 |
| | | | | |

Approved
6-12-17

**APPROVED:** GENERAL COUNSEL

Exhibit A

# Hall Prangle & Schoonveld, L.L.C.

200 South Wacker Drive, Suite 3300
Chicago, IL 60606
P 312.345.9600
F 312.345.9608
FEIN 04-3674858

June 8, 2017

R. John Anderson                              Invoice#  72301      ARW
Deputy General Counsel                        Our file#  0454       0002
Metra
547 W. Jackson Blvd.
60661, IL  60661

**Nancy Wheeler Brewster, David Lee, Larry Geanes, Eric M. Harlston, Reginald E. Harris, Marvin Howard, Gwendolyn Jackson, Andrea Logan, Charles Longstreet, Lyndell Luster. David Robertson, Kimberley K. Smith, v. The Northeast Illinois Regional Corporation d/b/a METRA, Joseph M. Perez  (Metra Claim # COI016)**

<u>PROFESSIONAL SERVICES</u>

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/04/2017 | MJK | Draft email to Plaintiff's counsel Jill Willis regarding Plaintiff's motion for leave to file a second amended complaint. | 0.10 | hrs. | 194.00 /hr. | 19.40 |
| 05/08/2017 | MJK | Receive and respond to email from Plaintiff's counsel, Jill Willis, regarding Plaintiffs' motion for leave to file amended complaint. | 0.10 | hrs. | 194.00 /hr. | 19.40 |
| 05/09/2017 | ARW | Email to plaintiff's attorney regarding motion for leave to file Second Amended Complaint. | 0.10 | hrs. | 226.00 /hr. | 22.60 |

# Exhibit A

0454        0002                                    72301                          2  of        4

| 05/11/2017 | ARW | Received Court's Minute Order granting agreed motion to allow plaintiff to file Second Amended Complaint. | 0.10 hrs. | 226.00 /hr. | 22.60 |
| 05/11/2017 | MJK | Draft email to client providing status update on Plaintiff's Second Amended Complaint. | 0.10 hrs. | 194.00 /hr. | 19.40 |
| 05/16/2017 | ARW | Comprehensive email to client with analysis of Second Amended Complaint and strategy for responding to same. | 1.40 hrs. | 226.00 /hr. | 316.40 |
| 05/16/2017 | ARW | Email exchange with plaintiffs' attorney regarding her request to file another amended pleading. | 0.20 hrs. | 226.00 /hr. | 45.20 |
| 05/16/2017 | ARW | Received and reviewed Plaintiffs' Second Amended Complaint and compared with original Complaint and Amended Complaint to identify changes, if any. | 1.60 hrs. | 226.00 /hr. | 361.60 |
| 05/16/2017 | MJK | Review and analyze newly-filed Second Amended Complaint as well as case law to strategize regarding Rule 11 letter and Motion to Dismiss arguments. | 1.10 hrs. | 194.00 /hr. | 213.40 |
| 05/17/2017 | ARW | Creating table to identify plaintiffs, their claims, defendants' actions and relief sought to develop strategy of issuing Rule 11 letters and responding to Complaint. | 1.80 hrs. | 226.00 /hr. | 406.80 |
| 05/17/2017 | MJK | Review Rule 11 case law pertaining to employment discrimination cases to analyze whether Plaintiff's current complaint is in conformity with Rule 11 of the Code of Civil Procedure. | 0.40 hrs. | 194.00 /hr. | 77.60 |
| 05/18/2017 | MJK | Review and investigate the allegation in the complaint that Plaintiff Brewster has prior state court litigation against Metra wherein she alleges retaliation based on her previously-filed lawsuit. | 0.30 hrs. | 194.00 /hr. | 58.20 |
| 05/19/2017 | ARW | Received and reviewed plaintiff's Motion for an extension of time to file Third Amended Complaint. | 0.20 hrs. | 226.00 /hr. | 45.20 |
| 05/19/2017 | ARW | Prepared table setting forth each defendant and the allegations made by plaintiff against them to prepare for developing Rule 11 letters and responding to amended complaint. | 1.80 hrs. | 226.00 /hr. | 406.80 |

Exhibit A

0454     0002                              72301                              3  of      4

| 05/19/2017 | MJK | Review and analyze Plaintiffs' Second Amended Complaint for Rule 11 compliance; review and analyze Mack excessive force case docket to determine the Plaintiffs' litigation strategy (Plaintiffs in our case are defendants in the Mack case due to a common issue of an excessive force incident in January of 2015). | 0.80 | hrs. | 194.00 /hr. | 155.20 |
| 05/20/2017 | MJK | Research and analyze case law involving the failure to assert adverse employment acts against an individual defendant under Section 1983. | 0.90 | hrs. | 194.00 /hr. | 174.60 |
| 05/23/2017 | ARW | Review case law regarding multi-plaintiff cases and Rule 11 to work on Rule 11 letter to plaintiff. | 2.90 | hrs. | 226.00 /hr. | 655.40 |
| 05/23/2017 | MJK | Review Second Amended Complaint and research Motion to Dismiss Arguments including which statutes provide for punitive damages against individual defendants. | 2.10 | hrs. | 194.00 /hr. | 407.40 |
| 05/24/2017 | ARW | Received Minute Order from Judge Johnson-Coleman. | 0.10 | hrs. | 226.00 /hr. | 22.60 |
| 05/24/2017 | MJK | impending pleading. Appear for and participate in motion hearing regarding Plaintiffs' motion for leave to file Third Amended Complaint; advise the Court of previous pleading deficiencies; draft case update to client via email; receipt and respond to client email. | 1.20 | hrs. | 194.00 /hr. | 232.80 |
| 05/26/2017 | ARW | Received and reviewed plaintiffs' Amended Second Amended Complaint (63 pages). | 1.60 | hrs. | 226.00 /hr. | 361.60 |
| 05/26/2017 | ARW | Email to Ms. Rosen enclosing Amended Second Amended Complaint. | 0.20 | hrs. | 226.00 /hr. | 45.20 |

Exhibit A

0454    0002                 72301              4  of    4

| Date | TK | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 05/26/2017 | MJK | Research and review case law for Motion to Dismiss arguments regarding Section 1983 harassment claims, as well as the Illinois Civil Rights Act of 2006 and its applicability to this case against individual and entity defendants. | 2.90 hrs. | 194.00 /hr. | 562.60 |
| 05/30/2017 | MJK | Analyze parallel litigation docket in the Mack excessive force case to verify the accuracy of certain allegations contained within Plaintiff's current Amended Second Amended Complaint in this case. | 0.20 hrs. | 194.00 /hr. | 38.80 |

|  |  |
|---|---|
| **Total Fees For Professional Services** | **$5,427.00** |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 05/23/2017 | Cost of electronic court records on 2/21/17 through PACER. | 0.70 |
| 05/23/2017 | Cost of electronic court records on 2/15, 23, 27, 3/3, 6, 7 and 3/10/17 through PACER. | 15.90 |
| 05/23/2017 | Cost of electronic court records on 2/14/17 through PACER. | 0.30 |

|  |  |
|---|---|
| **Total Reimbursable Costs** | **$16.90** |

### Billing Summary

| | |
|---|---|
| Total professional services | $5,427.00 |
| Total reimbursable costs | $16.90 |
| **Total of new charges for this invoice** | **$5,443.90** |

## Timekeeper Summary

Timekeepers/Hours Worked
01/01/2001 - 05/30/2017
Case: Brewster, N. v. The Northeast

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Kaminski, Matthew J | 10.50 | 194.00 | $2,037.00 |
| Walkup, April R | 15.00 | 226.00 | $3,390.00 |
| **TOTALS:** | **25.50** | | **$5,427.00** |

Exhibit A

June 2017

**Company Name:** Hall Prangle & Schoonveld
**Address:** 200 South Wacker Drive, Suite 3300
**Telephone:** 312-345-9600
**Tax ID:** 04-3674858
**Billing Date:** 7/10/2017
**Contract number:** S61435

LAW DEPARTMENT

2017 JUL 11 P 12: 01

FOR: Legal Services rendered from June 1, 2017 through June 30, 2017

| Case/Matter | Claim No. | Invoice No. | Invoice Amount | Case Total to Date |
|---|---|---|---|---|
| | | | | |
| Nancy Brewster | COI016 | 73080 | Fees: $ 6,251.40<br>Disb: $ 0.46<br>Total: $ 6,251.86 | Fees: $ 36,363.80<br>Disb: $ 524.12<br>TOTAL: $ 36,887.82 |

Approved
By John Linders
7-11-17

APPROVED: _____
GENERAL COUNSEL

Exhibit A

## Hall Prangle & Schoonveld, L.L.C.

200 South Wacker Drive, Suite 3300
Chicago, IL 60606
P 312.345.9600
F 312.345.9608
FEIN 04-3674858

July 10, 2017

R. John Anderson
Deputy General Counsel
Metra
547 W. Jackson Blvd.
60661, IL  60661

Invoice#  73080       ARW
Our file#  0454         0002

**Nancy Wheeler Brewster, David Lee, Larry Geanes, Eric M. Harlston, Reginald E. Harris, Marvin Howard, Gwendolyn Jackson, Andrea Logan, Charles Longstreet, Lyndell Luster. David Robertson, Kimberley K. Smith, v. The Northeast Illinois Regional Corporation d/b/a METRA, Joseph M. Perez  (Metra Claim # COI016)**

<u>PROFESSIONAL SERVICES</u>

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/31/2017 | MJK | Review and analyze Plaintiffs' 326-pagraph "Amended" Second Amended Complaint in anticipation of identifying deficiencies for a motion to dismiss. | 3.10 hrs. | 194.00 /hr. | 601.40 |
| 06/01/2017 | ARW | Review of plaintiff Brewster's personnel file and police file to determine date of retirement and information regarding alleged medical leave. | 0.80 hrs. | 226.00 /hr. | 180.80 |
| 06/01/2017 | ARW | Work on analysis of case law to support Rule 11 letter to plaintiffs' attorney and begin work on Rule 11 letter. | 1.60 hrs. | 226.00 /hr. | 361.60 |
| 06/02/2017 | ARW | Email exchanges with Ms. Buhai and Chief Perez regarding additional documents for Plaintiff Brewster. | 0.20 hrs. | 226.00 /hr. | 45.20 |

Exhibit A

0454        0002                                    73080                              2  of    4

| 06/05/2017 | ARW | Work on Rule 11 letter to plaintiffs' attorney regarding deficiences of Amended Second Amended Complaint. | 0.40 hrs. | 226.00 /hr. | 90.40 |

| 06/06/2017 | ARW | Continued legal research to support arguments in Rule 11 letter and continued work on comprehensive Rule 11 letter. | 6.70 hrs. | 226.00 /hr. | 1,514.20 |

| 06/07/2017 | ARW | Finalized draft of Rule 11 letter and emailed same to client for review and comment. | 1.80 hrs. | 226.00 /hr. | 406.80 |

| 06/14/2017 | ARW | Email to client with finalized Rule 11 letter. | 0.10 hrs. | 226.00 /hr. | 22.60 |

Exhibit A

0454    0002           73080               3 of   4

| Date | | Description | Hours | | Rate | Amount |
|------|------|-------------|-------|------|------|--------|
| 06/14/2017 | ARW | Attention to Motion to Dismiss, including statement of facts, standard of review and argument barring breach of contract claim. | 1.60 | hrs. | 226.00 /hr. | 361.60 |
| 06/15/2017 | ARW | Completed work on Motion to dismiss, including arguments and case law review. | 4.20 | hrs. | 226.00 /hr. | 949.20 |
| 06/16/2017 | ARW | Finalized Motion to Dismiss, including additional legal research to attack retaliation claims. | 1.40 | hrs. | 226.00 /hr. | 316.40 |
| 06/19/2017 | ARW | Received email from Ms. Rosen with minor edits to Motion to Dismiss Amended Second Amended Complaint, made edits and prepared Motion for filing. | 0.40 | hrs. | 226.00 /hr. | 90.40 |
| 06/21/2017 | ARW | Review of file materials to locate collective bargaining agreement between MAP and Metra Police to attach to Motion to Dismiss. | 0.40 | hrs. | 226.00 /hr. | 90.40 |

**Total Fees For Professional Services**        **$6,251.40**

**DISBURSEMENTS**
06/30/2017    Cost of postage charges.         0.46

**Total Reimbursable Costs**        **$0.46**

Exhibit A

0454        0002                            73080                        4   of    4

## Billing Summary
| | |
|---|---|
| Total professional services | $6,251.40 |
| Total reimbursable costs | $0.46 |
| **Total of new charges for this invoice** | **$6,251.86** |

# Timekeeper Summary

Timekeepers/Hours Worked
01/01/2001   - 06/30/2017
Case:   Brewster, N. v. The Northeast

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Kaminski, Matthew J | 3.10 | 194.00 | $601.40 |
| Walkup, April R | 25.00 | 226.00 | $5,650.00 |
| **TOTALS:** | **28.10** | | **$6,251.40** |

Exhibit A

*July 2017*

**Company Name:** Hall Prangle & Schoonveld
**Address:** 200 South Wacker Drive, Suite 3300
**Telephone:** 312-345-9600
**Tax ID:** 04-3674858
**Billing Date:** 8/8/2017
**Contract number:** S61435

LAW DEPARTMENT

2016 AUG -8. P 4: 16

FOR: Legal Services rendered from July 1, 2017 through July 31, 2017

| | | | | Gross Total to Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| Nancy Brewster | COI016 | 73913 | Fees: $ 6,827.20<br>Disb: $ 0.00<br>Total: $ 6,827.20 | Fees: $ 43,191.00<br>Disb: $ 524.12<br>TOTAL: $ 43,715.02 |

*Approved*
*[signature]*
8-10-17

**APPROVED:** *[signature]*

**GENERAL COUNSEL**

Exhibit A

**Hall Prangle & Schoonveld, L.L.C.**

200 South Wacker Drive, Suite 3300
Chicago, IL 60606
P 312.345.9600
F 312.345.9608
FEIN 04-3674858

August 8, 2017

R. John Anderson
Deputy General Counsel
Metra
547 W. Jackson Blvd.
60661, IL 60661

Invoice# 73913    ARW
Our file# 0454     0002

**Nancy Wheeler Brewster, David Lee, Larry Geanes, Eric M. Harlston, Reginald E. Harris, Marvin Howard, Gwendolyn Jackson, Andrea Logan, Charles Longstreet, Lyndell Luster. David Robertson, Kimberley K. Smith, v. The Northeast Illinois Regional Corporation d/b/a METRA, Joseph M. Perez (Metra Claim # COI016)**

<u>PROFESSIONAL SERVICES</u>

| Date | | Description | Hours | | Rate | Amount |
|------|--|-------------|-------|--|------|--------|
| 06/01/2017 | MJK | Review and analyze caselaw, including breach of contract in anticipation of asserting a motion to dismiss argument. | 1.20 | hrs. | 194.00 /hr. | 232.80 |
| 06/05/2017 | MJK | Review and analyze case law for motion to dismiss; begin drafting introduction and procedural background section. | 1.50 | hrs. | 194.00 /hr. | 291.00 |
| 06/06/2017 | MJK | Begin drafting motion to dismiss Plaintiff's Amended Second Amended Complaint. | 3.60 | hrs. | 194.00 /hr. | 698.40 |
| 06/07/2017 | MJK | Research, analyze, and draft motion to dismiss arguments, including breach of contract claim pre-empted by the Railway Labor Act as to all 12 Plaintiffs. | 3.10 | hrs. | 194.00 /hr. | 601.40 |
| 06/08/2017 | MJK | Draft motion to dismiss arguments, including the Illinois Civil Right Act of 2006 has no application in the employment context, and that any retaliation claim based on the Act fails as a matter of law. | 1.20 | hrs. | 194.00 /hr. | 232.80 |
| 06/10/2017 | MJK | Draft motion to dismiss arguments, including that four Plaintiffs failed to plausibly allege additional claims of discrimination based on boilerplate allegations. | 1.10 | hrs. | 194.00 /hr. | 213.40 |

Exhibit A

0454       0002                                    73913                                    2  of      4

| Date | | Description | Hours | | Rate | Amount |
|------|--|-------------|-------|--|------|--------|
| 06/12/2017 | MJK | Draft motion to dismiss arguments, including moving to sever the 12 plaintiffs' claims from this one lawsuit based on the federal rules of civil procedure. | 5.60 | hrs. | 194.00 /hr. | 1,086.40 |
| 06/13/2017 | MJK | Review and revise motion to dismiss arguments and analyze case law regarding severing claims and parties. | 1.60 | hrs. | 194.00 /hr. | 310.40 |
| 06/15/2017 | MJK | Draft and revise Argument section of motion to dismiss regarding lack of personal involvement and motion to sever claims and parties. | 2.60 | hrs. | 194.00 /hr. | 504.40 |
| 06/16/2017 | MJK | Draft email to client regarding edits and revisions to motion to dismiss on behalf of all defendants. | 0.10 | hrs. | 194.00 /hr. | 19.40 |
| 06/20/2017 | MJK | Draft, review, and revise Defendants' Motion to Dismiss in anticipation of filing. | 0.20 | hrs. | 194.00 /hr. | 38.80 |
| 06/21/2017 | MJK | Review, revise, and edit motion to dismiss; shepardize cases cited in brief; review and analyze Collective Bargaining Agreement regarding disciplinary process for police offices as well as side letters and memoranda of agreement to incorporate into argument section regarding Railway Labor Act preemption. | 1.80 | hrs. | 194.00 /hr. | 349.20 |
| 07/21/2017 | ARW | Received and reviewed Plaintiff's Response Brief Opposing Defendants' Motion to Dismiss Amended Second Amended Complaint. | 0.40 | hrs. | 226.00 /hr. | 90.40 |

Exhibit A

0454          0002                          73913                                    3    of    4

| Date | | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 07/21/2017 | MJK | Review and analyze Plaintiff's response brief in opposition to Defendants' motion to dismiss; review and analyze case law regarding forfeiture of arguments and granting a dismissal with prejudice; begin drafting reply brief in support of motion to dismiss. | 3.50 hrs. | 194.00 /hr. | 679.00 |
| 07/24/2017 | MJK | Research and analyze case law under Rule 11, Section 1927, and a federal court's inherent authority based on statements made in Plaintiffs' Response Brief; research and analyze case law for Reply Brief. | 1.30 hrs. | 194.00 /hr. | 252.20 |
| 07/26/2017 | ARW | Attention to Reply Brief to support Motion to Dismiss and to Sever and in opposition to Plaintiffs' Response brief, including drafting Introduction section and tweating of arguments on forfeiture. | 2.30 hrs. | 226.00 /hr. | 519.80 |
| 07/27/2017 | ARW | Finalized draft Reply Brief and emailed same to client for their review. | 0.50 hrs. | 226.00 /hr. | 113.00 |
| 07/27/2017 | ARW | Finalized Reply Brief and prepared same for filing. | 0.80 hrs. | 226.00 /hr. | 180.80 |

**Total Fees For Professional Services**                                    **$6,827.20**

Exhibit A

0454        0002                              73913                          4  of      4

<u>Billing Summary</u>

Total professional services                                    $6,827.20

**Total of new charges for this invoice**                      **$6,827.20**

## Timekeeper Summary

Timekeepers/Hours Worked
01/01/2001   - 07/31/2017
Case:  Brewster, N. v. The Northeast

| <u>Timekeeper</u> | <u>Hours</u> | <u>Rate</u> | <u>Total</u> |
|---|---|---|---|
| Kaminski, Matthew J | 0.00 | 0.00 | $0.00 |
| Kaminski, Matthew J | 29.60 | 194.00 | $5,742.40 |
| Walkup, April R | 4.80 | 226.00 | $1,084.80 |
| TOTALS: | 34.40 | | $6,827.20 |

Exhibit A

PO *21436*      Submitted _____ INT _____

OM Approved_____      SUB Approved_____

Conf/ Rec _____      Spreadsheet *3-2-18*

**Company Name:** Hall Prangle & Schoonveld
**Address:** 200 South Wacker Drive, Suite 3300
**Telephone:** 312-345-9600
**Tax ID:** 04-3674858
**Billing Date:** 10/6/2017
**Contract number:** S61435
**PO ~~number~~**

*Sept 2017*

FOR: Legal Services rendered from September 1, 2017 through September 30, 2017

| Case/Matter | Claim No. | Invoice No. | Invoice Amount | Case Total to Date |
|---|---|---|---|---|
| Nancy Brewster | COI016 | 75572 | Fees: $ 723.60<br>Disb: $ 0.00<br>Total: $ 723.60 | Fees: $ 44,095.40<br>Disb: $ 546.12<br>TOTAL: $ 44,641.42 |

*approved*
*R.fh Linden*
*3-1-18*

**APPROVED:** _____
GENERAL COUNSEL

Exhibit A

## Hall Prangle & Schoonveld, L.L.C.

200 South Wacker Drive, Suite 3300
Chicago, IL 60606
P 312.345.9600
F 312.345.9608
FEIN 04-3674858

October 6, 2017

R. John Anderson                                    Invoice#  75572      ARW
Deputy General Counsel                              Our file#  0454       0002
Metra
547 W. Jackson Blvd.
60661, IL  60661

**Nancy Wheeler Brewster, David Lee, Larry Geanes, Eric M. Harlston, Reginald E. Harris, Marvin Howard, Gwendolyn Jackson, Andrea Logan, Charles Longstreet, Lyndell Luster. David Robertson, Kimberley K. Smith, v. The Northeast Illinois Regional Corporation d/b/a METRA, Joseph M. Perez  (Metra Claim # COI016)**

<u>PROFESSIONAL SERVICES</u>

| | | | | | |
|---|---|---|---|---|---|
| 09/14/2017 | MJK | Review and analyze summary judgment opinion issued by the Northern District of Illinois granting employer's summary judgment motion and providing supporting authority for dismissing hostile work environment claims based on race for use in preparing for oral discovery in our case, which has the substantially similar legal issues with helpful precedent to support our motion for summary judgment. | 0.30  hrs. | 194.00  /hr. | 58.20 |
| 09/18/2017 | ARW | Telephone conversation with plaintiff's counsel, Jill Willis, regarding status of litigation. | 0.20  hrs. | 226.00  /hr. | 45.20 |

# Exhibit A

0454        0002                              75572                        2   of   2

| 09/22/2017 | ARW | Telephone conversation with plaintiff's counsel, including new counsel who will be appearing pro hac vice regarding plaintiffs' attorney's view of case and potential for early resolution. | 0.80 hrs. | 226.00 /hr. | 180.80 |

                      **Total Fees For Professional Services**              $723.60

Billing Summary
Total professional services                                    $723.60
**Total of new charges for this invoice**                      **$723.60**

## Timekeeper Summary

Timekeepers/Hours Worked
01/01/2001  - 09/30/2017
Case:  Brewster, N. v. The Northeast

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Kaminski, Matthew J | 1.40 | 194.00 | $271.60 |
| Walkup, April R | 2.00 | 226.00 | $452.00 |
| TOTALS: | 3.40 | | $723.60 |

Exhibit A

Dec 2017

**Company Name: Hall Prangle & Schoonveld**
**Address: 200 South Wacker Drive, Suite 3300**
**Telephone: 312-345-9600**
**Tax ID: 04-3674858**
**Billing Date: 1/8/2018**
**Contract number: S61435**

FOR: Legal Services rendered from December 1, 2017 through December 31, 2017

| Case/Matter | Claim No. | Invoice No. | Invoice Amount | Case Total to Date |
|---|---|---|---|---|
| | | | | |
| Nancy Brewster | COI016 | 78032 | Fees: $2,102.80<br>Disb: $ 0.93<br>Total: $2,103.73 | Fees: $ 47,380.40<br>Disb: $ 555.25<br>TOTAL: $ 47,935.65 |
| | | | | |
| | | | | |

Exhibit A

# Hall Prangle & Schoonveld, L.L.C.

200 South Wacker Drive, Suite 3300
Chicago, IL 60606
P 312.345.9600
F 312.345.9608
FEIN 04-3674858

January 8, 2018

R. John Anderson
Deputy General Counsel
Metra
547 W. Jackson Blvd.
60661, IL  60661

Invoice#  78032   ARW
Our file#  0454   0002

**Nancy Wheeler Brewster, David Lee, Larry Geanes, Eric M. Harlston,
Reginald E. Harris, Marvin Howard, Gwendolyn Jackson, Andrea
Logan, Charles Longstreet, Lyndell Luster. David Robertson,
Kimberley K. Smith, v. The Northeast Illinois Regional Corporation
d/b/a METRA, Joseph M. Perez  (Metra Claim # COI016)**

<u>PROFESSIONAL SERVICES</u>

| | | | | | |
|---|---|---|---|---|---|
| 12/15/2017 | ARW | Email exchange with plaintiff's attorney regarding her request for an agreement to allow her to file her Third Amended Complaint and objection to same in light of pending motion to dismiss. | 0.10  hrs. | 226.00 /hr. | 22.60 |
| 12/15/2017 | ARW | Received plaintiff's Motion for Leave to File Third Amended Complaint with proposed Third Amended Complaint. | 0.20  hrs. | 226.00 /hr. | 45.20 |

# Exhibit A

0454      0002                        78032                              2  of    3

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 12/15/2017 | MJK | Review federal court docket of Mack excessive force case as the incident involved there is also involved in our case and involves many of the same parties. | 0.10 hrs. | 194.00 /hr. | 19.40 |
| 12/17/2017 | MJK | Review and analyze Plaintiff's Motion for Leave to File 3rd Amended Complaint for compliance with Federal Rule of Civil Procedure 15 as it relates to leave to amend. | 0.20 hrs. | 194.00 /hr. | 38.80 |
| 12/17/2017 | MJK | Revie and analyze Plaintiff's Motion for leave to file 3rd Amended Complaint; review and analyze Plaintiff's proposed 3rd Amended Complaint (approximately 50 pages plus exhibits) to assess whether further amendment would be futile under the case law. | 0.80 hrs. | 194.00 /hr. | 155.20 |
| 12/18/2017 | ARW | Reviewed plaintiffs' proposed Third Amended Complaint and compared to Amended Second Amended Complaint to determine changes, if any, in light of plaintiffs' attorneys' representations that pleading with "stream-line" the pleadings. | 2.70 hrs. | 226.00 /hr. | 610.20 |
| 12/18/2017 | MJK | Continue review of Plaintiffs' proposed 3rd Amended Complaint attached to the motion for leave to file 3rd Amended Complaint; begin drafting Response to Plaintiff's motion for leave to amend, including case law, regarding forfeiture and the failure of plaintiff to wait 4-5 months for filing a proposed 3rd Amended Complaint. | 1.50 hrs. | 194.00 /hr. | 291.00 |
| 12/19/2017 | ARW | Attention to Response to Plaintiffs' Motion for Leave to File 3rd Amended Complaint. | 0.30 hrs. | 226.00 /hr. | 67.80 |
| 12/19/2017 | ARW | Email to plaintiff's attorney regarding her failure to properly spindle Motion for Leave to File 3rd Amended Complaint. | 0.20 hrs. | 226.00 /hr. | 45.20 |
| 12/19/2017 | ARW | Received email from Judge Coleman's courtroom deputy regarding plaintiffs' Motion for Leave to File 3rd Amended Complaint. | 0.10 hrs. | 226.00 /hr. | 22.60 |

Exhibit A

0454    0002                         78032                                         3  of    3

| Date | TK | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/19/2017 | MJK | Continue drafting Defendants' Response in opposition to Plaintiff's motion for leave to file 3rd Amended Complaint and conduct case law research on this issue. | 0.40 hrs. | 194.00 /hr. | 77.60 |
| 12/20/2017 | ARW | Court appearance to attend and oppose Plaintiffs' Motion for Leave to File Third Amended Complaint, including oral argument regarding same. | 1.20 hrs. | 226.00 /hr. | 271.20 |
| 12/29/2017 | ARW | Received Minute Order from Judge Johnson-Coleman. | 0.10 hrs. | 226.00 /hr. | 22.60 |

|  |  |
|---|---|
| **Total Fees For Professional Services** | **$2,102.80** |

**DISBURSEMENTS**

| 12/31/2017 | Cost of postage charges. | 0.93 |
|---|---|---|

|  |  |
|---|---|
| **Total Reimbursable Costs** | **$0.93** |

Billing Summary

| Total professional services | $2,102.80 |
|---|---|
| Total reimbursable costs | $0.93 |
| **Total of new charges for this invoice** | **$2,103.73** |

## Timekeeper Summary

Timekeepers/Hours Worked
01/01/2001 - 12/31/2017
Case: Brewster, N. v. The Northeast

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Kaminski, Matthew J | 3.50 | 194.00 | $679.00 |
| Walkup, April R | 6.30 | 226.00 | $1,423.80 |
| **TOTALS:** | **9.80** |  | **$2,102.80** |

Exhibit A

PO _24215_

| Submitted _____INT \_\_\_\_\_
OM Approved_____ SUB Approved_____
Conf/ Rec _____ Spreadsheet _4-20-18_

**Company Name: Hall Prangle & Schoonveld**
**Address: 200 South Wacker Drive, Suite 3300**
**Telephone: 312-345-9600**
**Tax ID: 04-3674858**
**Billing Date: 4/16/2018**
**PO number: PO0024215**

*March 2018*

FOR: Legal Services rendered from March 1, 2018 through March 31, 2018

| Case/Matter | Claim No. | Invoice No. | Invoice Amount | Case Total to Date |
|---|---|---|---|---|
| Nancy Brewster | COI016 | 82139 | Fees: $ 6,837.80<br>Disb: $ 0.00<br>Total: $ 6,837.80 | Fees: $ 55,093.20<br>Disb: $ 555.25<br>TOTAL: $ 55,648.45 |

APPROVED: _[signature]_ 4-17-18
**DEPUTY GENERAL COUNSEL**

APPROVED: _[signature]_
GENERAL COUNSEL

Exhibit A

HALL PRANGLE + SCHOONVELD LLC

Client #: 454                                    March 14, 2018
Matter #: 2                                      Invoice #: 80520

## PROFESSIONAL SERVICES

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 2/01/18 | MJK | Teleconference with U.S. District Court deputy clerk for Judge Johnson Coleman regarding status on MTD opinion that was to be issued January 31. | .10 | 19.40 |
| 2/13/18 | MJK | Teleconference with Deputy Clerk for Judge Coleman regarding status of Memorandum and Opinion per January 31 Minute Order. | .10 | 19.40 |
| 2/23/18 | ARW | Received and reviewed Judge Johnson Coleman's Memorandum Opinion Order denying Plaintiffs' Motion for Leave to file Third Amended Complaint and granting Defendants' Motion to Dismiss Amended Second Amended Complaint with Prejudice. | .40 | 90.40 |
| 2/23/18 | MJK | Teleconference with U.S. District Court Clerk to inquire whether a motion for ruling date is necessary per Court's 12/20 Minute Order; review and analyze the Court's 2.23.18 opinion granting Defendants' motion to dismiss with prejudice and assess for potential post-judgment relief regarding vexatious litigation conduct by plaintiffs and their attorney. | 1.60 | 310.40 |

Exhibit A

HALL PRANGLE + SCHOONVELD LLC

Client #: 454
Matter #: 2

March 14, 2018
Invoice #: 80520

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 2/26/18 | MJK | Conduct case law research regarding permissible sanctions under 28 U.S.C. 1927 and the Court's inherent authority under Chambers for vexatious litigation in light of the Court's 2.13.18 Memorandum Opinion & Order granting Defendants' motion to dismiss with prejudice. | 1.20 | 232.80 |

**TOTAL PROFESSIONAL SERVICES**  $ 875.80

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Walkup, April R | 1.30 | 226.00 | 293.80 |
| Kaminski, Matthew J | 3.00 | 194.00 | 582.00 |
| **TOTALS** | **4.30** | | **$ 875.80** |

| **BALANCE DUE THIS INVOICE** | **$ 875.80** |
|---|---|

3

Exhibit A

PO _24215_

Submitted _____ INT _____

OM Approved_____     SUB Approved_____

Conf/ Rec _____     Spreadsheet _4-20-18_

**Company Name: Hall Prangle & Schoonveld**
**Address: 200 South Wacker Drive, Suite 3300**
**Telephone: 312-345-9600**
**Tax ID: 04-3674858**
**Billing Date: 4/16/2018**
**PO number: PO0024215**

March 2018

FOR: Legal Services rendered from March 1, 2018 through March 31, 2018

| Case/Matter | Claim No. | Invoice No. | Invoice Amount | Case Total to Date |
|---|---|---|---|---|
| Nancy Brewster | COI016 | 82139 | Fees: $ 6,837.80<br>Disb: $ 0.00<br>Total: $ 6,837.80 | Fees: $ 55,093.20<br>Disb: $ 555.25<br>TOTAL: $ 55,648.45 |

APPROVED: _____ 4-17-18
**DEPUTY GENERAL COUNSEL**

APPROVED: _____
**GENERAL COUNSEL**

Exhibit A



**HALL PRANGLE +**
**SCHOONVELD**LLC
WHERE TRIAL LAWYERS ARE THE NORM

200 South Wacker Drive
Suite 3300
Chicago, Illinois 60606

P: 312.345.9600
F: 312.345.9608
www.hpslaw.com

April 9, 2018

R. John Anderson
Deputy General Counsel
Metra
547 W. Jackson Blvd.
60661, IL 60661

Invoice #:      82139
Client #:          454
Matter #:            2

## INVOICE SUMMARY

RE: Nancy Wheeler Brewster, David Lee, Larry Geanes, Eric M. Harlston, Reginald E.
Harris, Marvin Howard, Gwendolyn Jackson, Andrea Logan, Charles Longstreet,
Lyndell Luster. David Robertson, Kimberley K. Smith, v. The Northeast Illinois
Regional Corporation d/b/a METRA, Joseph M. Perez (Metra Claim # COI016)

| | |
|---|---|
| Professional Services | $ 6,837.80 |
| Disbursements | $ .00 |
| **BALANCE DUE THIS INVOICE** | **$ 6,837.80** |
| Outstanding Invoice Balance (As of 04/09/18) | $ .80 |
| Total Outstanding Due | $ 6,838.60 |

Exhibit A

HALL PRANGLE + SCHOONVELD LLC

Client #: 454
Matter #: 2

April 9, 2018
Invoice #: 82139

## PROFESSIONAL SERVICES

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 3/01/18 | ARW | Attention to Motion for Sanctions. | .30 | 67.80 |
| 3/05/18 | MJK | Sanctions litigation research under 28 U.S.C. 1927, Court's inherent authority, 42 U.S.C. 1988, and Title VII for vexatious and frivolous litigation. | .40 | 77.60 |
| 3/06/18 | MJK | Continue legal research regarding legal standard for awarding defendants' attorney's fees in employment discrimination cases under various fee-shifting statutes, 28 U.S.C. 1927, and the Court's inherent authority. | 2.60 | 504.40 |
| 3/07/18 | MJK | Draft motion for extension of time to file motion for attorney's fees pursuant to Fed. R. Civ. P. 54 | .30 | 58.20 |
| 3/08/18 | ARW | Attention to Motion for Extension of Time to file Motion for Attorney's Fees and/or Sanctions. | .20 | 45.20 |
| 3/19/18 | MJK | Continue conducting legal research on recouping attorney's fees pursuant to the fee-shifting statutes; draft argument section regarding frivolous race discrimination claims against five individual defendants (Riggio, Peters, Mack, Alvarado, and Anderson) throughout the Amended Complaint and Amended SAC | 5.70 | 1,105.80 |
| 3/20/18 | MJK | Draft argument section in motion for sanctions regarding 12 Plaintiffs' frivolous breach of contract claim against Defendants that was preempted by the federal Railway Labor Act; analyze and cite Plaintiffs' prior pleadings asserting the claim, including the Amended Complaint, the Amended SAC, Response Brief in Opposition to Defendants' second motion to dismiss, Plaintiffs' motion for leave to file Third Amended Complaint, and Plaintiffs' motion for reconsideration | 4.80 | 931.20 |
| 3/21/18 | MJK | Draft argument section for motion for sanctions regarding Plaintiffs' frivolous Count VI in the Amended SAC under the Illinois Civil Rights Act of 2006, 740 ILCS 24 against "Defendants"; analyze and incorporate Plaintiffs' attorneys failure to dismiss the claim in light of the Rule 11 Letter, Defendants' second motion to dismiss, and Plaintiffs' Response Brief. | 3.90 | 756.60 |
| 3/22/18 | ARW | Attention to Motion for Sanctions and for Attorney's Fees. | 1.40 | 316.40 |

2

Exhibit A

HALL PRANGLE + SCHOONVELD LLC

Client #: 454                                                                                      April 9, 2018
Matter #: 2                                                                                    Invoice #: 82139

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 3/22/18 | MJK | Draft argument section regarding all of the vexatious and unreasonable attorney conduct committed throughout the 15 months of the litigation and that sanctions are warranted under 28 U.S.C. 1927, including Plaintiffs' attorney filing a response brief in opposition to defendants' second motion to dismiss that cited no legal authority; analyzing plaintiffs' perfunctory motion for leave to file a Third Amended Complaint; analyzing the proposed TAC (51-pages) and identifying similarly deficient and frivolous claims. | 4.50 | 873.00 |
| 3/24/18 | MJK | Review and analyze recently-filed Plaintiffs' Motion for Reconsideration under Rule 59 and 60 seeking to vacate final judgment entered in Defendants' favor in preparation for responding to same and review case law for both legal standards | 1.10 | 213.40 |
| 3/26/18 | MJK | Conduct case law research regarding legal standard applicable for motions for reconsideration pursuant to Fed. R. Civ. P. 59 and 60 in preparation for drafting response to plaintiffs' motion for reconsideration; begin drafting response to plaintiffs' motion for reconsideration. | 1.60 | 310.40 |
| 3/27/18 | MJK | Draft Defendants' response to Plaintiffs' motion for reconsideration. | 2.30 | 446.20 |
| 3/27/18 | MJK | Draft Rule 11 Letter to Plaintiffs' counsel with supporting case law regarding frivolity of the recently-filed motion for reconsideration of the court's Feb. 23, 2018 Memorandum dismissing the case with prejudice. | .30 | 58.20 |
| 3/28/18 | MJK | Appear for and participate in motion hearing on plaintiff's motion for reconsideration. | 1.00 | 194.00 |
| 3/28/18 | MJK | Review and analyze Court's order denying Plaintiffs' motion for reconsideration and reporting to client. | .30 | 58.20 |
| 3/29/18 | MJK | Continue drafting motion for sanctions and adding arguments regarding frivolous ADA claim against the individual defendants as well as frivolous against Defendant Metra due to the continued failure to ever allege any disability or the alleged failure to reasonable accommodate; conduct case law research on same. | 2.70 | 523.80 |
| 3/30/18 | MJK | Draft additional argument section regarding the frivolity of Plaintiffs' motion for reconsideration as an additional basis for Section 1927 sanctions in the form of attorney's fees. | 1.20 | 232.80 |

**TOTAL PROFESSIONAL SERVICES**                                              **$ 6,837.80**

3

Exhibit A

HALL PRANGLE + SCHOONVELD LLC

Client #: 454                                                        April 9, 2018
Matter #: 2                                              Invoice #: 82139

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Walkup, April R | 2.10 | 226.00 | 474.60 |
| Kaminski, Matthew J | 32.80 | 194.00 | 6,363.20 |
| **TOTALS** | **34.90** | | **$ 6,837.80** |

| BALANCE DUE THIS INVOICE | $ 6,837.80 |
|---|---|

Exhibit A

**Company Name: Hall Prangle & Schoonveld**
**Address: 200 South Wacker Drive, Suite 3300**
**Telephone: 312-345-9600**
**Tax ID: 04-3674858**
**Billing Date: 5/8/2018**
**PO number: PO0025773**



april 2018

FOR: Legal Services rendered from April 1, 2018 through April 30, 2018

| Case/Matter | Claim No. | Invoice No. | Invoice Amount | Case Total to Date |
|---|---|---|---|---|
| Nancy Brewster | COI016 Appeal | 84539 | Fees: $ 934.50 <br> Disb: $ 0.00 <br> Total: $ 934.50 | Fees: $ 934.50 <br> Disb: $ 0 .00 <br> TOTAL: $ 934.50 |
| Nancy Brewster | COI016 | 84537 | Fees: $ 2,447.00 <br> Disb: $ 0.00 <br> Total: $ 2,447.00 | Fees: $ 54,540.20 <br> Disb: $ 555.25 <br> TOTAL: $ 58,095.45 |

Exhibit A



200 South Wacker Drive
Suite 3300
Chicago, Illinois 60606

P: 312.345.9600
F: 312.345.9608
www.hpslaw.com

May 8, 2018

R. John Anderson
Deputy General Counsel
Metra
547 W. Jackson Blvd.
60661, IL  60661

Invoice #:      84537
Client #:       454
Matter #:         2

## INVOICE SUMMARY

RE:  Nancy Wheeler Brewster, David Lee, Larry Geanes, Eric M. Harlston, Reginald E.
Harris, Marvin Howard, Gwendolyn Jackson, Andrea Logan, Charles Longstreet,
Lyndell Luster. David Robertson, Kimberley K. Smith, v. The Northeast Illinois
Regional Corporation d/b/a METRA, Joseph M. Perez  (Metra Claim # COI016)

| | |
|---|---|
| Professional Services | $ 2,447.00 |
| Disbursements | $ .00 |
| **BALANCE DUE THIS INVOICE** | **$ 2,447.00** |
| Outstanding Invoice Balance (As of 05/08/18) | $ 6,838.60 |
| Total Outstanding Due | $ 9,285.60 |

ILLINOIS | CALIFORNIA | COLORADO | FLORIDA | NEVADA | UTAH

Exhibit A

HALL PRANGLE + SCHOONVELD LLC

Client #: 454
Matter #: 2

May 8, 2018
Invoice #: 84537

## PROFESSIONAL SERVICES

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 4/02/18 | MJK | Continue legal research for argument in motion for sanctions and attorney's fees regarding waived and perfunctory arguments that do not in any meaningful way attack defendants' substantive arguments; conduct case law research on the discretionary nature (and factors) of concluding that a defendant is entitled to attorney's fees and case examples in which courts found in favor of defendants and also awarded sanctions as a basis, in addition to attorney's fees, for the same litigation conduct. | 2.70 | 523.80 |
| 4/03/18 | MJK | Continue drafting legal arguments in motion for attorney's fees and sanction regarding Paul Otubusin's conduct as it pertains to his appearance being filed, motion for leave to file third amended complaint, and signing the third amended complaint under Fed. R. Civ. P. 11 obligations for attorneys of record against all Defendants. | 1.80 | 349.20 |
| 4/04/18 | MJK | Continue legal research for argument in motion for sanctions and attorney's fees regarding failure to cite dispositive legal authority and the implications of such a failure in the context of a response to federal rule of civil procedure 12(b)(6) challenging the sufficiency of the operative complaint. | 1.40 | 271.60 |
| 4/05/18 | MJK | Continue drafting additional argument section regarding specific attorney misconduct by Jill Willis and Paul Otubusin that required defense counsel to expend significant resources in responding to, including written opposition to motion for leave to file Third Amended Complaint with accompanying legal research of case law and Fed. R. Civ. P. 15; review and analysis of 51-page proposed Third Amended Complaint to continue to identify over seven areas of substantive deficiencies which were in no way remedied, as represented in the motion; review and analyze the federal court docket of the companion civil rights case wherein several Plaintiffs (defendants in that case) made judicial admissions in their answer to the operative complaint in that case which directly contradicted Attorney Willis' factual representations in her signed motion for reconsideration; outline legal research conducted in response to Plaintiff's motion for reconsideration and for oral argument on same. | 1.20 | 232.80 |
| 4/06/18 | ARW | Work on Motion for Attorney's Fees and sanctions, including development of arguments for each. | 1.20 | 271.20 |

Exhibit A

HALL PRANGLE + SCHOONVELD LLC

Client #: 454
Matter #: 2

May 8, 2018
Invoice #: 84537

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 4/16/18 | MJK | Review, analyze, and revise final version of motion for attorney's fees and sanctions; compile exhibits (A through R) and review for accuracy; draft email to client regarding filing of motion for attorney's fees and sanctions. | 2.20 | 426.80 |

**TOTAL PROFESSIONAL SERVICES**      **$ 2,447.00**

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Walkup, April R | 1.90 | 226.00 | 429.40 |
| Kaminski, Matthew J | 10.40 | 194.00 | 2,017.60 |
| **TOTALS** | **12.30** | | **$ 2,447.00** |

| **BALANCE DUE THIS INVOICE** | **$ 2,447.00** |
|---|---|

3

Exhibit A

HALL PRANGLE + SCHOONVELD LLC

Client #:  454
Matter #:  2

May 8, 2018
Invoice #: 84537

**OUTSTANDING INVOICES** (As of May 8, 2018)

| Invoice Number | Date | Invoice Total | Payments Received | Ending Balance |
|---|---|---|---|---|
| 80520 | 3/14/18 | 875.80 | 875.00 | .80 |
| 82139 | 4/09/18 | 6,837.80 | .00 | 6,837.80 |

Please note payments received after May 8, 2018 have not been applied to the above.

Outstanding Invoice Balance          $ 6,838.60

| **Balance Due This Invoice** | **$ 2,447.00** |
|---|---|

Total Outstanding Due          $ 9,285.60

**Please Remit Payment To**

**HALL PRANGLE and SCHOONVELD LLC**

Attention: Accounts Receivable
200 South Wacker Drive, Suite 3300
Chicago, Illinois 60606

Please feel free to contact us with any questions that you may
have regarding your account:

**ARclientservice@HPSlaw.com**

OR

312-345-9600 (ask for Accounts Receivable)

Exhibit A

**Company Name:  Hall Prangle & Schoonveld**
**Address:  200 South Wacker Drive, Suite 3300**
**Telephone:  312-345-9600**
**Tax ID:  04-3674858**
**Billing Date:  6/15/2018**
**PO number:  PO0027850**



May 2018

FOR:  Legal Services rendered from May 1, 2018 through May 31, 2018

| Case/Matter | Claim No. | Invoice No. | Invoice Amount | Case Total to Date |
|---|---|---|---|---|
| Nancy Brewster | COI016/Appeal | 86229 | Fees:  $ 6,757.50<br>Disb:  $  0.00<br>Total:  $ 6,757.50 | Fees:  $ 7,692.00<br>Disb:  $  0 .00<br>TOTAL: $ 7,692.00 |
| Nancy Brewster | COI016 | 86227 | Fees:  $ 2,227.40<br>Disb:  $  0.00<br>Total:  $ 2,227.40 | Fees:  $ 59,768.40<br>Disb:  $   555.25<br>TOTAL: $ 60,323.65 |

Exhibit A



200 South Wacker Drive
Suite 3300
Chicago, Illinois 60606

P: 312.345.9600
F: 312.345.9608
www.hpslaw.com

June 8, 2018

R. John Anderson                              Invoice #:        86227
Deputy General Counsel                        Client #:          454
Metra                                         Matter #:            2
547 W. Jackson Blvd.
60661, IL  60661

---

## INVOICE SUMMARY

**RE:** Nancy Wheeler Brewster, David Lee, Larry Geanes, Eric M. Harlston, Reginald E. Harris, Marvin Howard, Gwendolyn Jackson, Andrea Logan, Charles Longstreet, Lyndell Luster. David Robertson, Kimberley K. Smith, v. The Northeast Illinois Regional Corporation d/b/a METRA, Joseph M. Perez  (Metra Claim # COI016)

|  |  |
|---|---|
| Professional Services | $ 2,227.40 |
| Disbursements | $ .00 |

| **BALANCE DUE THIS INVOICE** | **$ 2,227.40** |
|---|---|

| Outstanding Invoice Balance (As of 06/08/18) | $ 2,447.00 |
|---|---|
| Total Outstanding Due | $ 4,674.40 |

Exhibit A

HALL PRANGLE + SCHOONVELD LLC

Client #: 454
Matter #: 2

June 8, 2018
Invoice #: 86227

## PROFESSIONAL SERVICES

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 5/14/18 | MJK | Review and analyze Plaintiffs' Response Brief in opposition to our Motion for Sanctions and Attorney's Fees in preparation to respond to same. | .70 | 135.80 |
| 5/15/18 | ARW | Received and reviewed Plaintiff's Response to Motion for Sanctions. | .40 | 90.40 |
| 5/15/18 | MJK | Draft email to client regarding Plaintiff's Response to Motion for attorney's fees/sanctions; conduct case law research regarding the cases cited in Plaintiff's Response Brief in opposition to Defendants' Motion for Attorney's Fees/Sanctions in preparation; draft outline of arguments Plaintiffs made in their Response in preparation for replying to same. | 3.80 | 737.20 |
| 5/21/18 | MJK | Research and analyze case law for Reply Brief arguments; continue drafting Reply Brief arguments in support of motion for attorney's fees and sanctions. | 2.40 | 465.60 |
| 5/22/18 | MJK | Continue drafting argument sections for the Reply Brief in support of Motion for attorney's fees and sanctions; continue researching case law to refute Plaintiffs' arguments that it was proper to seek relinquishment of state-law claims in a motion for reconsideration. | 1.80 | 349.20 |
| 5/23/18 | MJK | Continue drafting argument sections for the Reply Brief in support of Motion for attorney's fees and sanctions. | .60 | 116.40 |
| 5/25/18 | ARW | Attention to Reply Brief in Support of Motion for Attorney's Fees. | .70 | 158.20 |
| 5/28/18 | MJK | Continue drafting final argument regarding frivolity of ADA claim against individual defendants and Metra; draft email to client reporting filing of Reply Brief and further status on the case. | .40 | 77.60 |

**TOTAL PROFESSIONAL SERVICES**      $ 2,227.40

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Walkup, April R | 1.10 | 226.00 | 248.60 |

Exhibit A

## HALL PRANGLE + SCHOONVELD LLC

Client #: 454
Matter #: 2

June 8, 2018
Invoice #: 86227

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Kaminski, Matthew J | 10.20 | 194.00 | 1,978.80 |
| **TOTALS** | **11.30** | | **$ 2,227.40** |

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 2,227.40** |

3

# Exhibit A

HALL PRANGLE + SCHOONVELD LLC

Client #: 454
Matter #: 2

June 8, 2018
Invoice #: 86227

**OUTSTANDING INVOICES** (As of June 8, 2018)

| Invoice Number | Date | Invoice Total | Payments Received | Ending Balance |
|---|---|---|---|---|
| 84537 | 5/08/18 | 2,447.00 | .00 | 2,447.00 |

Please note payments received after June 8, 2018 have not been applied to the above.

Outstanding Invoice Balance                    $ 2,447.00

**Balance Due This Invoice**                    $ 2,227.40

Total Outstanding Due                    $ 4,674.40

**Please Remit Payment To**

**HALL PRANGLE and SCHOONVELD LLC**

Attention: Accounts Receivable
200 South Wacker Drive, Suite 3300
Chicago, Illinois 60606

Please feel free to contact us with any questions that you may
have regarding your account:

**ARclientservice@HPSlaw.com**

OR

312-345-9600 (ask for Accounts Receivable)

4

Exhibit A

**Company Name: Hall Prangle & Schoonveld**
**Address: 200 South Wacker Drive, Suite 3300**
**Telephone: 312-345-9600**
**Tax ID: 04-3674858**
**Billing Date: 7/10/2018**
**PO number: PO0029315**



FOR: Legal Services rendered from June 1, 2018 through June 30, 2018

| Case/Matter | Claim No. | Invoice No. | Invoice Amount | Case Total to Date |
|---|---|---|---|---|
| Nancy Brewster | COI016/Appeal | 87057 | Fees:  $ 646.00<br>Disb:  $ 0.00<br>Total:  $ 646.00 | Fees:      $ 8,338.00<br>Disb:      $ 0 .00<br>TOTAL: $ 8,338.00 |
| Nancy Brewster | COI016 |  | Fees:  $    0.00<br>Disb:  $  0.00<br>Total:  $  0.00 | Fees:    $ 59,768.40<br>Disb:    $     555.25<br>TOTAL: $ 60,323.65 |

Exhibit A