IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Nancy Wheeler Brewster; David Lee; Larry Geanes; Eric M. Harlston; Reginald E. Harris; Mervin Howard; Gwendolyn Jackson; Andrea Logan; Charles Longstreet; Lyndell Luster; David Robertson; Kimberly K. Smith, <br><br>     Plaintiffs, <br><br> v. <br><br> Northeast Illinois Regional Commuter Railroad Corporation, d/b/a Metra; Joseph M. Perez, Harold Fuller; Bryan Mack; Paul Riggio; Steven Alvarado; Brian Peters; Glenn M. Treckler; Carl Anderson; and Art Olsen, <br><br>     Defendants. | Case No.   16 C 10904 <br><br> Honorable Judge Sharon Johnson Coleman |

## DEFENDANTS' RESPONSE TO PLAINTIFFS' COUNSEL'S OBJECTION TO DEFENDANT'S PETITION FOR COURT ORDERED ATTORNEY'S FEES AND SANCTIONS

Defendants, Northeast Illinois Regional Commuter Railroad Corporation, d/b/a Metra, Joseph Mr. Perez, Harold Fuller, Bryan Mack, Paul Riggio, Steven Alvarado, Brian Peters, Glen Treckler, Carl Anderson and Art Olsen, by their attorney Minya L. Coleman, Metra Law Department, for their response to Plaintiffs' Counsel's Objection to Defendants' Petition for Court Ordered Attorney's Fees and Sanctions, state as follows:

On October 22, 2018, this Court granted, in part, defendants' motion for fees and sanctions pursuant to 28 U.S.C. § 1927 finding that plaintiffs' counsel vexatiously multiplied this litigation by pursuing frivolous claims after being put on notice. [Dkt. 57]. On January 22, 2019, Defendants filed their Petition for Court Ordered Attorney Fees and Sanctions totaling $29,760.40. [Dkt. 83].  In accordance with this Court's February 4, 2019 Order [Dkt. 90], Plaintiffs' counsel filed her objections to Defendants' Petition for Court Ordered Attorney's Fees and Sanctions.  [Dkt.91].    At the onset, Counsel's submission contains one objection to

Defendants' petition. Specifically, Counsel objects to the alleged "double billing by outside counsel on May 23, 2017 and May 31, 2017." [Dkt. 91, pp. 3]. A review of the relevant billing entries for those dates does not show any "double billing" by outside counsel (See attached excerpts from Exhibit A of Defendants' Petition for Court Ordered Fees). On those dates, Defendants' counsel April Walkup and Matthew Kaminski both reviewed the Second Amended complaint and did research on different topics as reflected in their billing descriptions. It is not improper for the court to allow attorney fees for multiple attorneys working on the same case where the description of work is specified. *See The Northeast Ohio Coalition for the Homeless v. Husted*, 831 F.3d 686, 704-705 (6th Cir. 2016)("Multiple lawyer litigation is common and not inherently unreasonable."). Plaintiff's counsel objections to these fees is generalized and does not point to any grounds why these fees are unreasonable. Counsel's objection to these fees should be rejected.

Further, Counsel's objection contends that Defendants impermissibly invoked the use of Local Rule 54.3, *Attorney Fees and Related Non-taxable Expenses,* as the framework governing the parties' relative submissions for petition of fees and objections. [Dkt. 91, pp.3]. However, the applicability of the rule to the submissions is inconsequential to both, the Defendants' underlying duty to submit an accounting of the relative attorney fees and sanctions ordered by this Honorable court under § 1927 and Plaintiffs' counsel duty to set forth any objections thereto. As such, Plaintiff's contention of the inapplicability of the submission timeframe provided in Local Rule 54.3 should be disregarded.

WHEREFORE, the Defendants, Northeast Illinois Regional Commuter Railroad Corporation, d/b/a Metra; Joseph M. Perez, Harold Fuller; Bryan Mack; Paul Riggio; Steven Alvarado; Brian Peters; Glenn M. Treckler; Carl Anderson; and Art Olsen, respectfully request this Honorable Court enter an order granting Defendants' Petition for Court Ordered Attorney Fees and Sanctions in the amount of $29,760.40, and for any further relief it deems appropriate.

By: */s/ Minya L. Coleman*
Minya L. Coleman

Minya L. Coleman, Esq.
ARDC #6315270
**Metra Law Department** 15th Floor
547 West Jackson Boulevard
Chicago, Illinois 60661
312.322.7097
mcoleman@metrarr.com